In the Matter of FREDERICA BOND, Respondent; LEE SHUBERT, Appellant.

Argued April 5, 1943; decided April 15, 1943.

*Roland Ford, Ellis J. Staley* and *Henry B. Forman* for motion.

*Theodore Kiendl, William Klein, Milton R. Weinberger* and *Adolph Lund* opposed.

Motion denied with ten dollars costs.

LILLIAN MILLER et al., Appellants, *v.* HOME OWNERS' LOAN CORPORATION, Respondent, et al., Defendants.

Submitted April 5, 1943; decided April 15, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 566.)

CHARLES H. COLEY, Respondent, *v.* FRANK L. COHEN, Appellant.

Submitted April 5, 1943; decided April 15, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 365.)